JAIME A. BARTLETT (CABN 251825)
jbartlett@sidley.com
SARA B. BRODY (CABN 130222)
sbrody@sidley.com
LAURA V. HERRERA-SARABIA (CABN 343929)
laura.herrera@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PLYMOUTH COUNTY RETIREMENT
ASSOCIATION, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

    vs.

OUTSET MEDICAL, INC., LESLIE TRIGG,
NABEEL AHMED, AND REBECCA
CHAMBERS,

    Defendants.

Case Number: 3:22-CV-04016-SJC

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

**WHEREAS**, on July 8, 2022, plaintiff Plymouth County Retirement Association, individually and on behalf of all others similarly situated, filed a putative securities class action complaint (the "Complaint") against defendants Outset Medical, Inc., Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (ECF No. 1);

**WHEREAS**, the Complaint asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq.*;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel after the expiry of a 60-day notice period following the public notice of the filing of an initial securities class action and for which motions for appointment of lead plaintiff and lead counsel are to be filed on or before the statutory deadline of September 6, 2022 (15 U.S.C. § 78u-4(a)(3));

**WHEREAS**, the lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of the asserted class;

**WHEREAS**, it is anticipated that the court-appointed lead plaintiff will file a consolidated complaint, superseding the initial complaint (ECF No. 1);

**WHEREAS**, on July 11, 2022, this Court issued an Initial Case Management Scheduling Order with Alternative Dispute Resolution ("ADR") deadlines (ECF No. 6), which scheduled an Initial Case Management Conference on October 6, 2022, a Rule 26(f) disclosure deadline on September 29, 2022, and ADR deadlines on September 15, 2022;

**WHEREAS**, pursuant to the PSLRA (15 U.S.C. § 78u-4(b)(3)(B)), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary";

**WHEREAS**, in the interests of judicial and party economy, including avoiding unnecessary expenditures of time and resources prior to the appointment of lead plaintiff and lead counsel and the

STIP. AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE
AND VACATING INITIAL CMC AND RELATED DEADLINES
CASE NO. 3:22-CV-04016-SJC

filing of a consolidated complaint or the designation of an operative complaint, the parties have agreed that Defendants should not be required to respond to the Complaint at this time; and

**WHEREAS**, the parties believe that holding a Case Management Conference or ADR proceedings prior to the anticipated filing of a consolidated complaint or designation of an operative complaint by the court-appoint lead plaintiff, and any response thereto, would result in duplicative effort and waste judicial and party resources;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, as follows:

1.      Defendants shall not be required to answer, move, or otherwise respond to the Complaint until after the Court appoints lead plaintiff and lead counsel and said lead plaintiff either files a consolidated complaint or designates an operative complaint. Pursuant to Local Rule 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the court.

2.      Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall meet and confer and submit to the Court a proposed schedule for the filing of a consolidated complaint or designation of an operative complaint, and the filing and briefing of Defendants' response thereto.

3.      The Initial Case Management Conference currently scheduled for October 6, 2022, along with all other deadlines in the Initial Case Management Scheduling Order and ADR deadlines, shall be vacated and reset following the filing of Defendants' response to the consolidated or amended complaint designated by the court-appointed lead plaintiff on dates to be selected by the Court.

**IT IS SO STIPULATED.**

3

STIP. AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE
AND VACATING INITIAL CMC AND RELATED DEADLINES
CASE NO. 3:22-CV-04016-SJC

Respectfully Submitted,

Dated: July 29, 2022

/s/      *Jaime A. Bartlett*
Jaime A. Bartlett (CABN 251825)
Sara B. Brody (CABN 130222)
Laura Herrera-Sarabia (CABN 13022)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email:  jbartlett@sidley.com
         sbrody@sidley.com
         laura.herrera@sidley.com

*Counsel for Defendants*

Dated: July 29, 2022

/s/      *David R. Kaplan*
David R. Kaplan (CABN 230144)
Wolfram T. Worms (CABN 202889)
**SAXENA WHITE P.A.**
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
Email:  dkaplan@saxenawhite.com
         wworms@saxenawhite.com

*Counsel for Plaintiff*
*Plymouth County Retirement Association*

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with David R. Kaplan, counsel for plaintiff Plymouth County Retirement Association, regarding this filing. Mr. Kaplan has represented that he concurs in the filing of this document and that I am authorized to file it on his behalf.

Dated: July 29, 2022

/s/      *Jaime A. Bartlett*
Jaime A. Bartlett
Counsel for Defendants

STIP. AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE
AND VACATING INITIAL CMC AND RELATED DEADLINES
CASE NO. 3:22-CV-04016-SJC

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: July 29, 2022

/s/



GRANTED

Judge Jacqueline Scott Corley

STIP. AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE
AND VACATING INITIAL CMC AND RELATED DEADLINES
CASE NO. 3:22-CV-04016-SJC