1  **SAXENA WHITE P.A.**
   David R. Kaplan (SBN 230144)
2  Wolfram T. Worms (SBN 202889)
3  12750 High Bluff Drive, Suite 475
   San Diego, CA 92130
4  Telephone:    (858) 997-0860
   Facsimile:    (858) 369-0096
5  dkaplan@saxenawhite.com
   wworms@saxenawhite.com
6
7  *Counsel for Plaintiff*
   *Plymouth County Retirement Association*
8
   **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**

10 | | |
   |---|---|
11 | PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:22-cv-04016-JSC |
12 | | |
13 | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
14 | vs. | |
15 | OUTSET MEDICAL, INC., LESLIE TRIGG, NABEEL AHMED, and REBECCA CHAMBERS, | |
16 | | |
17 | Defendants. | |

1  PLEASE TAKE NOTICE THAT plaintiff Plymouth County Retirement Association hereby voluntarily dismisses its complaint, without prejudice.  A class has not been certified in this action, and no defendant in this action has served an answer or motion for summary judgment.

Dated: September 7, 2022

Respectfully submitted,

*/s/ David R. Kaplan*
David R. Kaplan

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
Wolfram T. Worms (SBN 202889)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com

*Counsel for Plaintiff*
*Plymouth County Retirement Association*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)
1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List via the Court's filing system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September, 2022.

*/s/ David R. Kaplan*

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com